■ ABRAHAM GROSSMAN, Appellant, v ZIVADIN KRSTIC, Respondent.— Order, Supreme Court, New York County, entered on March 31, 1976, unanimously affirmed for the reasons stated by S. Rosenberg, J., at Special Term. Defendant-respondent shall recover of plaintiff-appellant $40 costs and disbursements of this appeal. Concur—Stevens, P. J., Markewich, Lupiano, Silverman and Lynch, JJ.

■ CHARLES MELTZER et al., Appellants, v DAVID GOLDSTICK, Respondent. —Order of the Appellate Term of the Supreme Court, First Department, entered on May 28, 1976, unanimously affirmed on the majority opinion at Appellate Term. Respondent shall recover of appellants $60 costs and disbursements of this appeal. Concur—Stevens, P. J., Markewich, Lupiano, Silverman and Lynch, JJ.

■ In the Matter of the Arbitration between LOCAL 100, TRANSPORT WORKERS UNION OF AMERICA, Appellant, and BRONX SURFACE TRANSIT OPERATING AUTHORITY, Respondent.—Judgment, Supreme Court, New York County, entered on or about November 18, 1975, unanimously affirmed on the opinion of Spiegel, J., at Special Term, without costs and without disbursements. Concur—Stevens, P. J., Markewich, Lupiano, Silverman and Lynch, JJ.

■ FAUSTIN CALLAGY, Appellant, v NEW YORK CITY EMPLOYEES' RETIRE-MENT SYSTEM, Respondent.—Order and judgment (one paper), Supreme Court, New York County, entered on April 14, 1976, unanimously affirmed for the reasons stated by Baer, J., at Trial Term, without costs and without disbursements. Concur—Murphy, J. P., Birns, Silverman, Capozzoli and Lane, JJ.